IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTESANIAS HACIENDA REAL S.A. DE C.V., | : : : | CIVIL ACTION |
| Plaintiff, | : : | NO. 16-4197 |
| v. | : : | |
| NORTH MILL CAPITAL LLC, et al., | : : | |
| Defendants. | : | |

# **ORDER**

AND NOW, this 2nd day of June, 2017, IT IS HEREBY ORDERED that:

1. Leisawitz Heller shall review all documents listed on its privilege log in light of the legal principles set forth in the Court's June 2, 2017 Memorandum Opinion and shall, on or before June 16, 2017, produce to Plaintiff all documents previously withheld based on a claim of privilege that either impact or implicate Wilton Armetale, Inc.'s corporate interests.

2. On or before June 23, 2017, Leisawitz Heller shall serve on Plaintiff a revised privilege log reflecting the documents it believes it may properly withhold under the terms of the Court's June 2, 2017 Memorandum Opinion. That log shall describe the basis for the continuing assertion of the privilege in terms sufficient to permit a determination to be made regarding the merits of the privilege assertion.

3. No later than June 30, 2017, the parties shall meet and confer to narrow any remaining disputes they may have regarding whether specific documents listed on the revised privilege log are legitimately privileged.

4. If necessary, Plaintiff may seek further relief from this Court within a reasonable period after the resolution of the meet and confer process.

5. Plaintiff's request that the Court determine that the crime-fraud exception to the attorney-client privilege applies to documents reflecting communications between Irvin Jeffrey and Wilton Armetale, Inc. is DENIED WITHOUT PREJUDICE.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE