IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTESANIAS HACIENDA REAL<br>S.A. de C.V., | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4197 |
| | : | |
| v. | : | |
| | : | |
| NORTH MILL CAPITAL LLC and<br>LEISAWITZ HELLER, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## SECOND AMENDED SCHEDULING ORDER

**AND NOW**, this 5th day of October, 2022, after a telephone conference with counsel, it is hereby **ORDERED** that the scheduling order issued on January 10, 2022 (Doc. No. 130) is **AMENDED** as follows:

1.     The parties shall each file a pretrial memorandum by **December 5, 2022**;

2.     The parties shall file any motions *in limine* by **December 5, 2022**;

3.     The parties shall file responses to motions *in limine* by **December 12, 2022**;

4.     Each party shall exchange exhibits in accordance with Local Rule of Civil Procedure 16.1(d). Each party shall **also** provide the court with one exhibit binder by **December 12, 2022**. The exhibit binder shall contain a tabbed copy of each exhibit with a schedule of exhibits, which briefly describes each exhibit;

5.     The parties shall agree upon and submit **joint** proposed points for charge and a **joint** proposed verdict slip by **December 12, 2022**. The parties shall refer to the court's policies and procedures for further instruction in this regard;[1]

---

[1] The court's policies and procedures are available online at:
https://www.paed.uscourts.gov/documents/procedures/smtpol.pdf.

6.      The parties shall exchange proposed statements of fact for *voir dire* and questions for *voir dire* prior to the final pretrial conference, and the parties shall provide the court with copies of the same at least two (2) business days prior to the final pretrial conference;

7.      The court will hold a final pretrial conference on **Wednesday**, **January 4, 2023**, at **1:00 p.m.**, at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania;

8.      The selection of a jury shall take place on **Friday**, **January 6, 2023**, at **9:30 a.m.** Jury selection will take place at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, in a courtroom to be determined; and

9.      A jury trial shall commence before this court on **Monday**, **January 9, 2023**, at **9:30 a.m.** at the Holmes Building, 101 Larry Holmes Drive, 4th Floor, Easton, Pennsylvania. This order shall serve as a formal attachment for trial.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.