IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTESANIAS HACIENDA REAL S.A. de C.V., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 16-4197 |
| | : | |
| v. | : | |
| | : | |
| NORTH MILL CAPITAL LLC and LEISAWITZ HELLER, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 1st day of December, 2022, after considering both the plaintiff's notice that no opposition has been timely filed to its motion *in limine* to offer and rely on the prior deposition testimony of non-party witness Jim Lightburn and related exhibits thereto and so requesting entry of proposed order (Doc. No. 165) and defendant Leisawitz Heller's motion to strike plaintiff's notice (Doc. No. 166); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The defendant Leisawitz Heller's motion to strike (Doc No. 166) is **GRANTED**; and

2. The plaintiff's notice (Doc. No. 165) is **STRICKEN** and any requested relief within it is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.